UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DEBRA LOUISE PEROT                    CIVIL ACTION NO. 10-cv-1225

VERSUS                                JUDGE STAGG

U.S. COMMISSIONER SOCIAL              MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

## REPORT AND RECOMMENDATION

Debra Perot ("Plaintiff") commenced this action by filing a complaint in the Western District of Arkansas.   The named defendant is the Commissioner of Social Security Administration, and Plaintiff challenges an unfavorable decision on her application for disability benefits.  The federal court in Arkansas found that venue was proper in this court, so the case was transferred to this court.  The Commissioner filed the administrative record.

Counsel for Plaintiff was licensed in Arkansas but not in this court.  The court granted him time to gain admission or have local counsel enroll and then move for admission pro hac vice.  Attorney John Ratcliff, who is admitted to practice in this court, joined with the original attorney in a motion to substitute Ratcliff as counsel for Plaintiff, and the request was granted.

Ratcliff was granted a requested extension of time to file a brief, but on the due date he filed a motion to withdraw as counsel.  Ratcliff reported that, after repeated requests from his office, Plaintiff had avoided meeting with him to sign a retainer agreement and otherwise arrange for payment of fees in the event this action is successful.  Ratcliff stated that he had

advised Plaintiff by telephone and certified mail that he would withdraw from representing her.  A copy of the motion to withdraw, together with a letter advising Plaintiff that the deadline to file a brief was March 7, 2011, was sent to Plaintiff by certified mail.

The court granted Ratcliff's motion to withdraw as attorney and gave Plaintiff a 30-day extension, or until April 6, 2011 to file a brief.  A copy of that order was mailed to Plaintiff at her last known address in Ringgold, LA.  The mail was not returned, so it is presumed that it was delivered.  Plaintiff has not filed a brief or anything else in the approximately three months since her deadline passed.

A district court has the inherent authority to dismiss an action, even *sua sponte*, for failure to prosecute, with or without notice to the parties.  Link v. Wabash Railroad Co., 82 S.Ct. 1386, 1388-89 (1962); Rogers v. Kroger Co., 669 F.2d 317, 319-20 (5th Cir. 1982).  Dismissal is warranted in these circumstances.  Under the court's standing order governing social security appeals, the court reviews only those issues that are specifically raised by the plaintiff in a written brief.  Plaintiff has not presented any particular issues or demonstrated adequate interest in pursuing her case to warrant the court spending additional time or resources on the matter.

Accordingly,

**IT IS RECOMMENDED** that Plaintiff's complaint be **dismissed without prejudice** for failure to prosecute.

**Objections**

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), parties aggrieved by this recommendation have fourteen (14) days from service of this report and recommendation to file specific, written objections with the Clerk of Court, unless an extension of time is granted under Fed. R. Civ. P. 6(b).  A party may respond to another party's objections within seven (7) days after being served with a copy thereof.  Counsel are directed to furnish a courtesy copy of any objections or responses to the District Judge at the time of filing.

A party's failure to file written objections to the proposed findings, conclusions and recommendation set forth above, within 14 days after being served with a copy, shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court.  See Douglass v. U.S.A.A., 79 F.3d 1415 (5th Cir. 1996) (en banc).

THUS DONE AND SIGNED in Shreveport, Louisiana, this 5th day of July, 2011.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE