RECEIVED
AUG 1 8 2011
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DEBRA LOUISE PEROT | CIVIL ACTION NO. 10-cv-1225 |
| VERSUS | JUDGE STAGG |
| U.S. COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed without prejudice** for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 17th day of August, 2011.

TOM STAGG
UNITED STATES DISTRICT JUDGE